# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| v. | ) | 18 U.S.C. § 2252(a)(4)(B) |
| | ) | 18 U.S.C. § 2252(b)(2) |
| RYAN THOMAS FEINE, | ) | 18 U.S.C. § 2253(a) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Production and Attempted Production of Child Pornography)

On a date unknown, but between on or about February 10, 2013, and September 10, 2013, in the State and District of Minnesota, the defendant,

**RYAN THOMAS FEINE,**

did employ, use, persuade, induce, entice, and coerce Minor A—an infant at the time—to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct—that is, a visual depiction of the defendant's penis penetrating Minor A's vagina. This visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).



SCANNED
JUL 1 6 2019
U.S. DISTRICT COURT MPLS

U.S. v. Ryan Thomas Feine

## COUNT 2
(Production and Attempted Production of Child Pornography)

On a date unknown, but between on or about February 10, 2013, and September 10, 2013, in the State and District of Minnesota, the defendant,

**RYAN THOMAS FEINE,**

did employ, use, persuade, induce, entice, and coerce Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct—that is, a visual depiction of prepubescent Minor B's penis. This visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
(Possession of Child Pornography)

On or about August 9, 2018, in the State and District of Minnesota, the defendant,

**RYAN THOMAS FEINE,**

did knowingly possess one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained twelve years of age engaging in sexually explicit conduct and such visual depictions were of

<u>U.S. v. Ryan Thomas Feine</u>

such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Counts 1 through 3 of this Indictment are hereby incorporated for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a). Upon conviction of any of the foregoing offenses, the defendant,

## RYAN THOMAS FEINE,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2)  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3)  any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:  (1) 256GB TeamPD200 3.0 USB drive, (2) 500GB Rosewill external hard disc drive, (3) 32GB black Samsung Galaxy S8 with 128GB PNY MicroSD card, (4) Motorola Slider phone with 32GB Team MicroSD card, (5) Ellipsis tablet in purple case, (6) black Motorola MotoX phone, (7) Asus tablet in black

3

U.S. v. Ryan Thomas Feine

and green case, (8) 16GB LG tablet in black leather case with 32GB Team MicroSD card, (9) Fractal Node 605 Home Theater PC with 128GB Samsung MZ solid-state drive, (10) Lenovo T400 laptop with 250GB Fujitsu hybrid hard drive, (11) Raspberry PI 3 Model B with 32GB Samsung MicroSD card.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____         _____
UNITED STATES ATTORNEY                                       FOREPERSON