LAW OFFICE OF

# JORDAN S. KUSHNER

TELEPHONE: (612) 288-0545
FACSIMILE: (612) 288-0546

431 SOUTH 7TH STREET, SUITE 2446
MINNEAPOLIS, MINNESOTA 55415
jskushner@gmail.com

September 11, 2019

**VIA CM/ECF AND U.S. MAIL**

Honorable David T. Schultz
United States Magistrate Judge
United States District Court
9E U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Re:   United States v. Ryan Thomas Feine
      Federal Criminal Case No. 19-184 (JRT/DTS)

Dear Magistrate Judge Schultz:

Please be advised that the defense will not be filing any pretrial motions in the above-referenced case, and there is no need for the hearing currently scheduled for October 3, 2019. The parties have reached agreement on the terms of a plea, and therefore anticipate the scheduling of a change of plea hearing.

Please let me know if you need any further information.

Sincerely,

Jordan S. Kushner

cc:   Ms. Melinda Williams/Mr. Jordan Sing (via CM/ECF)
      Mr. Ryan Feine