# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 19-184 (JRT/DTS) |
| RYAN THOMAS FEINE, Defendant. | Date: October 7, 2019 |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 2:49 pm |
| | Time Concluded: 3:27 pm |
| | Time in Court: 38 Minutes |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Melinda Williams
    For Defendant:    Jordan Kushner    ☐ FPD  ☐ CJA  ☐ Retained  ☐ Appointed

PROCEEDINGS:

    ☒ **Change of Plea Hearing.**

    ☒ PLEA:
        ☒ Guilty as to Count(s): 1 and 2 of the indictment

    ☒ Presentence Investigation and Report requested.
    ☒ Sentencing is scheduled on February 3, 2020 at 10:00 a.m.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                 s/ Heather Arent-Zachary
                                                                  Courtroom Deputy Clerk