

**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*   Telephone: *(612) 664-5600*
*300 South Fourth Street*   Fax: *(612) 664-5787*
*Minneapolis, MN 55415*

January 21, 2020

Honorable Chief Judge John R. Tunheim
United States District Court
District of Minnesota
300 South 4th Street
Minneapolis, MN 55415

Re:   United States v. Ryan Thomas Feine
      Criminal No.: 19-cr-184 (JRT/DTS)
      Sentencing Materials

Chief Judge Tunheim,

      As referenced in the government's position on sentencing, (Dkt. 46 n.1), please find enclosed an electronic disc containing examples of the child pornography produced by the defendant in this matter.  The government respectfully requests that the Court review this material with the government's position on sentencing.

      Sincerely,

      ERICA H. MACDONALD
      United States Attorney

      */s/ Jordan L. Sing*

      Jordan L. Sing
      Melinda A. Williams
      Assistant United States Attorneys

Cc: Jordan S. Kushner