**NOTICE:** Mailed from a **MN CORRECTIONAL FACILITY**
Name: RYAN FEINE
OID #: 261800
Address: 970 PICKET ST N
City/State/Zip: BAYPORT, MN 55003



LEGAL
MAIL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415



US POSTAGE >> PITNEY BOWES
ZIP 55003 $ 001.00°
0001396993 AUG 09 2021