**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

                                   Plaintiff,

                                            Criminal No. 19-184 JRT/DTS

v.

                                            **ORDER FOR APPOINTMENT**

RYAN THOMAS FEINE,                            **OF COUNSEL**

                                     Defendant.

---

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Virginia G. Villa, Attorney ID 0209478, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: September 30, 2021
at Minneapolis, Minnesota.

                                     s/John R. Tunheim
                                    JOHN R. TUNHEIM
                                    Chief Judge
                                    United States District Court